UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

VEERA DARUWALLA, MICHAEL MARCH, and LAVICIEIA STURDIVANT, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

T-MOBILE USA, INC.,

Defendant.

No. 2:21-cv-01118-BJR

ORDER ON DEFENDANT T-MOBILE USA, INC.'S MOTION TO EXCEED PAGE LIMITATION ON MOTION TO COMPEL ARBITRATION

This matter comes before the Court on Defendant T-Mobile USA, Inc.'s Motion to Exceed Page Limitation on Motion to Compel Arbitration (Dkt. No. 34). Having reviewed Defendant's motion and finding that no response from Plaintiffs is needed, the Court GRANTS the motion and ORDERS as follows:

Defendant is granted leave to file a motion to compel arbitration of no more than 24 pages. Plaintiffs may file a response brief of no more than 24 pages and Defendant may file a reply brief of no more than 12 pages. The briefing schedule for Defendant's motion to compel arbitration shall follow the requirements of the Court's Standing Order for All Civil Cases, which provides

ORDER - 1

1  that "any opposition to a motion shall be filed no later than TWENTY−ONE (21) days after a

2  motion is filed.  Any reply in support of a motion shall be filed no later than FOURTEEN (14)

3  days after an opposition has been filed."  Dkt. No. 24 at 2.

4          Dated this 14th day of October, 2021.

5

6

7

8          _____
           Barbara J. Rothstein
           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2